## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kathleen L. Kupfer, | Civil Action No. 10-CV-918 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER FOR JUDGMENT OF DISMISSAL** |
| Weinerman & Associates, LLC, Jeremy Becker (aka Evan Roth) and Anthony Renteria (aka Michael Oppenheimer), | |
| Defendants. | |

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

### BY THE COURT

Dated: January 18, 2011

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge